Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of California

NOV 09 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

_____ Division

Anita Miralle, Jodii Le'Grand Everett, Tina Scott, Aiyahnna Johnson, Lucas D. Brown, Irvin Josue hernandez Ortega
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The City of Oakland, a subdivision of the state of CA, Libby Schaaf, Joe DeVries, and Does 1-10
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. C18-6823 HSG
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anita Miralle, Jodii Legrande Everett I, Tina Scott, Aiyahnna Johnson, Lucas D Brown, Irwin Josue Hernandez
Address: 4799 Shattuck Ave
City: Oakland  State: CA  Zip Code: 94609
County: Alameda
Telephone Number: 510.355.7010
E-Mail Address: maowunyo@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: The City of Oakland
Job or Title (if known): A subdivision of the State of California
Address: 1 Frank Ogawa Plaza
City: Oakland  State: CA  Zip Code: 94612
County: Alameda
Telephone Number: 510.238.3601
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Libby Schaaf
Job or Title (if known): Mayor
Address: 1 Frank Ogawa Plaza
City: Oakland  State: CA  Zip Code: 94612
County: Alameda
Telephone Number:
E-Mail Address (if known): Lschaaf@oaklandnet.com

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 3**
- Name: Joe DeVries
- Job or Title (if known): Asst. to City Administrator
- Address: 1 Frank Ogawa Plaza
- City: Oakland   State: CA   Zip Code: 94612
- County: Alameda
- Telephone Number: 510.238.3083
- E-Mail Address (if known): jdevries@oaknet.com

[ ] Individual capacity   [✓] Official capacity

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Address:
- City:   State:   Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th & 14th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The City of Oakland, Mayor Libby Schaaf, Ast. to City Administrator Joe DeVries acted under color of law by saying we homeless residents are tresspassing public land, & posted notice of eviction & illegal encampment under the pretense they had right & power to do so. They are adjusting the law to suit their political circumstances & using their power inappropriately. They are acting under the pretense of legal authority when no right exists as we are protected by the constitution.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1) ~~Email from Joe DeVries Oct 29, 2018 2:13pm~~
2) ~~Emo~~ Oakland CA, Alameda County

B. What date and approximate time did the events giving rise to your claim(s) occur?
1) Email from Joe DeVries Oct 29, 2018 2:13 pm.
2) Conferance call with Joe DeVries Oct 30, 2018 1 pm
3) Email from Joe DeVries Nov 6, 2018 2:19 pm
4) eviction notices posted by city Nov 7, 2018 4:55 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On both emails Joe DeVries said our attempt to house ourselves on public land was illegal & trespassing & advised us to cease activity. On the Oct 30 phone call which Candice Elder from East Oakland Collective was a part of Joe said we were to stop building shelters for ourselves so another (bulldozing) of our homes would not happen. He agreed to broker a meeting to discuss use of the land. In the Nov 6 email Joe said he & District council member were not interested in meeting until we vacated land. He again said we were tresspassing & should cease attempting to house ourselves. On Nov 7 Oakland Police Dept posted notices at our encampment

Page 4 of 6

C continued:
at 606 Clara St. & 9418 Edes Ave. — an intentional clean & sober community for homeless women, their ~~families~~ homeless families and homeless male support (security, legal observers). Candice Elder, Paster Preston Walker, ~~John~~ Miguel Elliot were housed advocates & supporters who witnessed the posting JMM the family member of Anita Miralle also witnessed the posting

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

if plantiffs are forced to move homeless people of their homeless families who have no alternative shelter to meet their needs would be forced into the elements and to unsafe streets with out safe shelter, causing irreperable injury & cruel & unusual punishment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We seek an injunctive relief enjoining defendant & their agents. from arresting plaintiffs or removing personal items and/or preventing. conduct by plaintiffs to sleep, eat, maintain shelter & providing services to larger community at the properties commonly known as: 606 Clara St & 9418 Edes. Ave. Oakland CA 94603. also known as "Housing & Dignity Village". Establishing of an "arrest free zone" and "eviction free zone".

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/7/2018

Signature of Plaintiff

Printed Name of Plaintiff: Anita L. Miralle, Jodi LeGrand Everett, Lina L. Scott, David Lucas Brown, AIYAHNNA JOHNSON, Irving Green, [illegible], Ayehunie Johnson, [illegible]

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City          State     Zip Code

Telephone Number _____

E-mail Address _____