UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

**FILED**

NOV 09 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | | |
|---|---|---|
| Anita Miralle, Tina Scott Irvin Posey, Hernandez Gratez Jodii Le'Grande Everett I, Aiyahnna Johnson, Lucas D. Brown **Plaintiff,** | | |
| v. The City of Oakland a subdivison of the State of CA, Libby Schaaf, Joe DeVRies _____, and DOES ONE | CIVIL ACTION NO. **C18-6823** HSG | |
| THROUGH TEN, | Date | |
| **Defendants.** | | |

***MOTION FOR TEMPORARY RESTRAINING ORDER***

Plaintiff **Anita Miralle et al** hereby moves the Court for a Temporary Restraining Order restraining defendants, and their agents, servants, employees, attorneys and all persons in active concert and in participation with it, from importing, distributing or offering for sale any *(appliance)* bearing the trademark *(trademark)* or the three-dimensional configuration referred to in the Verified Complaint filed in this action on *(date)*, pending hearing and determination of Plaintiff's Motion for a Preliminary Injunction, on the ground that immediate and irreparable injury/loss, and damage will result to plaintiff before notice can be given and the defendants or their attorneys heard in opposition, as more fully appears from the Verified Complaint, a copy of which is attached hereto.

as follows:

By:_____

Address

Plaintiffs seek an order from this court issuing a Temporary Restraining Order enjoining Defendants from 1) removing Plaintiffs from the properties commonly known as 6060 Clara St & 9418 Edes Ave Oakland CA 94603, also known as "Housing And Dignity Village." 2) from taking any action outlined in "Notice To Vacate Illegal Encampment" and 3) from posting any future such notices until such time as a hearing & order occurs on the Motion for Preliminary Injunction (Exhibit B)

The basis for this Temporary Restraining Order
is outlined in the verified complaint
filed in this action on 11/8/2018.
Plaintiff Anita ~~Miralle~~ Miralle et al ask for
this Tempory Restraining order pending
hearing & determination of Plaintiff's
Motion for a Preliminary Injunction
on the ground that immediate &
irreparable injury, loss & damage will
Result to plaintiff et al before notice
can be given & the defendants or
their attorneys heard in oppositions,
as more fully appears from the
verified complaint, a copy which is
attached here to (Exhibit A) and
Motion for preliminary Injunction.

Date: 11/8/2018

Irving Josue Hernandes Ortega

~~Plaintiff~~

Anita L Miralle
Anita Mikalle
plaintiff.