1  Your name: Anita Miralle, Jodii Le'grand Everett I, Irvin Ortega, Tina Scott, Aiyahnna Johnson, Lucas D Brown
2  Address: 4799 Shattuck Ave
3  Oakland CA 94609
4  Phone Number: 510.355.7010
5  E-mail Address: maowunyo@gmail.com
6  Pro se

FILED
NOV 09 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

Anita Miralle, Jodii Le'grand Everett I, Tina Scott, Aiyahnna Johnson, Lucas D Brown, Irvin Josue Hernandez Ortega
Plaintiff,

vs.

Mayor Libby Schaaf,
Joe DeVries,
The City of Oakland - a subdivision of the state of CA, and Does 1-10
Defendant.

Case Number: C18-6823 HSG

NOTICE AND MOTION [type of motion] FOR Preliminary Injunction

AND MEMORANDUM IN SUPPORT

DATE: _____
TIME: _____
COURTROOM: _____
JUDGE: _____
Hon. _____

NOTICE AND MOTION [type of motion] Preliminary Injunction
CASE NO.: _____ ; PAGE 1 OF 12 [JDC TEMPLATE - rev. 2017]

## I. NOTICE OF MOTION

PLEASE TAKE NOTICE that on *[date]* _____,

at *[time]* _____, at *[courtroom number and address]*

_____,

before the Honorable *[judge's name]* _____,

I will, and hereby do, move for an order granting this Motion *[type of motion]* __for Preliminary Injunction__.

The motion will be based on this Notice and Motion, the Memorandum of Points and Authorities

below, the Declaration(s) of *[names of people who wrote declarations]*

_____

and the [Proposed] Order.

## II. ISSUES TO BE DECIDED

*[Write each question or request that you are asking the Court to decide in this Motion. There may be one issue, or more. See the Instructions for examples.]*

1. By removing a homeless encampment does this jurisdiction follow the ruling of Martin vs. Boise 9th Cir. 2018 No. 15-35845 or is it cruel & unusual punishment?

2. Does this jurisdiction follow the ruling in Pottinger v. Miami, 810 F.Supp 1551 (1992) requiring "safe zones" for homeless?

3. Are plaintiffs entitled to due process of law prior to removal

4. Has defendants violated plaintiffs due process rights by threatening 72 hour notice before removal

5. Is the notice provided to plaintiffs legally sufficient? (Exhibit A)

NOTICE AND MOTION *[type of motion]* __preliminary injunction__
CASE NO.: _____; PAGE _2_ OF _12_ *[JDC TEMPLATE - rev. 2017]*

## III. MEMORANDUM

### A. Statement of Facts

*[Write the facts relevant to the Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

On Elmhurst between 1606 Clara St and 9418 Edes Ave on the north side of the street, there are two public parcels known as "The Housing And Dignity Village." A third of the parcel is cemented and two-thirds are overgrown with weeds. The land has been vacant for more than 20 years and used for illegal dumping. It is located in the Brookfield neighborhood — one of the most historically underserved neighborhoods in Oakland, CA. Our intentional community moved to this site Oct 27, 2018. We created a safe, clean and sober space for homeless women & their families. Homeless men we trusted moved on site to play pivitol roles as security and legal observers. We have a community based decision making process & support from housed volunteer advocates and volunteer supporters. Our first act was to clean the illegal dumping that had accrued on the vacant land, to clean illegal dumping around the perimeter & weed the perimeter. Many members of our intentional community, volunteers & neighbors can attest to this. We are supported by East Oakland

NOTICE AND MOTION [type of motion] _____
CASE NO.: _____ ; PAGE 3 OF 12 [JDC TEMPLATE - rev. 2017]

A. Statement of Facts cont.

Collective, The Village, Dellums Institute for Social Justice, The Omni & others.

Since we arrived at this site, we have housed 11 homeless women, including their families, and homeless men who are serving pivotal support roles at the women's encampment including security & legal observation. The Brookfield neighborhood is one of Oakland's most underserved communities & also has a large unhoused population. We have built up services to meet the needs of both the housed & unhoused neighbors including free hot breakfast & dinner 4x a week, free grocery distribution once a week, free weekly medical clinic, free provisions distribution, free toilet a public toilet, solar charging stations, free internet. At the time of the eviction notice being posted we were building more tiny emergency shelter structures for other homeless women seeking sanctuary from the streets, a community garden & identifying other community needs, solar grid. The day before the eviction was posted by the city of Oakland, we

Alameda County Supervisor Nate Miley & his staff visited & our community & stated his support. including providing us with showers & flushable toilets. The day the notice was posted California Senator Nancy Skinner, CA Congressman Rob Bonta & U.S. Senator Barbara Lee also expressed their support of our community

## B. Argument

*[You should have an argument section for each issue that you listed on page 2. Explain why the Court should rule in your favor on each issue. Provide facts and case law/statutes (if you have any). Add more pages as needed.]*

In Martin vs. City of Boise 9th Circuit 2018, No 15-35845 the court found:

That plantiffs who are homeless or have recently been homeless have their 8th Amendment rights violated insofar as it imposes criminal sanctions against homeless individuals for sleeping outdoors, on public property, when no alternative shelter is available to them. Plaintiffs may be entitled to retrospective & prospective relief for violation of the 8th Amendment's Right, and prohibition on cruel & unusual punishment.

The facts set forth in this motion is are as such there are not enough adequate shelters or housing accessible to the members of the Housing & Dignity Village due to their status as women with families, due to their work schedules and due to their health conditions. To evict them & call their attempt to provide themselves with safe shelter when there is no other option is cruel & unusual punishment.

NOTICE AND MOTION [type of motion] Preliminary Injunction
CASE NO.: _____ ; PAGE 6 OF 12  [JDC TEMPLATE - rev. 2017]

1. In Pottinger v. City of Miami (810 F Supp.
2. 1551 (1992)) the court found:
3.
4. "The court concludes that the City's
5. practices of arresting homeless individuals
6. for performing inoffensive conduct in
7. public when they have no place to go
8. is cruel & unusual in violation of the 8th
9. amendment, is overbroad to the extent
10. that it reaches innocent acts in
11. violation of the due process clause
12. of the 14th Amendment & infringes on
13. ~~the violation~~ the fundamental right to
14. travel in violation of the equal protection
15. clause of the 14th Amendment."
16.
17. The facts set forth in this motion are
18. identical to those in Pottinger v. city
19. of Miami (supra). If defendants
20. proceed to remove plaintiffs from
21. life sustaining shelter under threat of
22. arrest the plaintiffs will suffer
23. irreparable injury.
24. [You must sign and date.]
25.
26.                              Respectfully submitted, Irvin Josue Hernandez
27. Date: 11/7/2018    Sign Name: [signatures]
28.                    Print Name: Anita L Miralle, Jodi Leeward Everett

NOTICE AND MOTION [type of motion] David Lucas Brown, [illegible]
CASE NO.: _____ ; PAGE 7 OF 12  [JDC TEMPLATE - rev. 2017]

*Insert a copy of this page as needed to continue any section, or to write an introduction.*

Accordingly, Plaintiffs seek an order from this court enjoining Defendants from 1) Removing Plaintiffs from the property commonly known as _____, also known as "Housing & Dignity Village", 2) taking action any action outlined in the "Notice of Trespass" and 3) from posting any "Notice to Vacate Illegal Encampment" and 3) from posting any future such notices until such time as a final determination before the court is issued.

NOTICE AND MOTION [type of motion] __Preliminary Injunction__
CASE NO.: _____ ; PAGE __8__ OF __12__  [JDC TEMPLATE - rev. 2017]

1 | Your name:_____
2 | Address:_____
3 | _____
4 | Phone Number:_____
5 | E-mail Address:_____
6 | Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka

_____ )  Case Number: _____
_____ )  **DECLARATION OF** [name of person signing]
                Plaintiff,                )  _Briana Gilmore_
         vs.                              )  **IN SUPPORT OF MOTION** [motion title]
_____ )  _For Preliminary Injunction_
_____ )  _____
_____ )  DATE: _____
_____ )  TIME: _____
                Defendant.                )  JUDGE: _____
                                          )  Hon. _____

*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are connected to the party or events in this case.]*

1. I am _a community member and volunteer with the community targeted for eviction, and a witness._

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF [name] _Briana Gilmore_
CASE NO.: _____ ; PAGE _9_ OF _12_  [JDC TEMPLATE - rev. 2017]

[Write each fact in a separate, numbered paragraph, starting with 3. You may only write about facts that you know personally, such as events you witnessed. Explain how you know each fact. If you want to include documents, see the Instructions. Make copies of this page if you need more space.]

3. Our intentional community, informally called ~~[crossed out]~~ Housing and Dignity Village, has occupied our present location at the intersection of Edes and S. Elmhurst since October 27, 2018.

4. Since 10/27/18, housed and unhoused volunteer community members established a kitchen serving daily groceries and breakfast and regular hot meals, as well as medical care, clothing, bedding and tents, a toilet, and socialization, all free of charge.

5. Many of our residents are women, members of at-risk communities, and people facing vulnerabilities in other unhoused communities.

6. Since the beginning of this community, decisions about how to operate and govern here have been made collaboratively, centering community need including the priorities of housed neighbors.

7. We volunteers, including people living here, have done extensive community outreach to meet neighbors, hear their concerns, resolve issues, and provide resources. With very limited exceptions, we have received significant support from our housed neighbors.

8. This community was established as a direct response to the failure of other unhoused settlements and shelters to meet the needs of safety and sanitation required for human well-being, particularly those of unhoused women.

DECLARATION OF [name] Briana Gilmore
CASE NO.: _____; PAGE 10 OF 12 [JDC TEMPLATE - rev. 2017]

9. I have read the statement of facts contained in the motion for Preliminary Injunction and attest that those facts are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/7/2018   Sign Name: Briana Gilmore
                  Print Name: Briana Gilmore

DECLARATION OF [name] Briana Gilmore
CASE NO.: _____; PAGE 11 OF 12   [JDC TEMPLATE - rev. 2017]

# NOTICE TO VACATE
# ILLEGAL ENCAMPMENT

**DATE OF POSTING:** 11 / 07 / 2018

**LOCATION:** 606 Clara St/ 9418 Edes Ave

THE CITY HAS DEEMED THIS SITE UNINHABITABLE AND ALL PERSONS ARE DIRECTED TO VACATE THIS SITE AND REMOVE ANY PERSONAL BELONGINGS.

PUBLIC WORKS DEPARTMENT WILL BE OUT TO CLEAR AND CLOSE THIS SITE

**ON:** Saturday

**DATE:** 11/10 /2018

PUBLIC WORKS CREWS WILL ARRIVE TO CLOSE THIS ENCAMPMENT BETWEEN THE HOURS OF 8 AM AND 4 PM ON THE DATE SPECIFIED ABOVE, OR ON THE NEXT BUSINESS DAY.
ANY PROPERTY LEFT AT THIS SITE AT THE TIME OF CLEANUP WILL BE REMOVED FROM THE SITE AND STORED BY PUBLIC WORKS. PROPERTY THAT IS UNSAFE OR HAZARDOUS TO STORE WILL BE IMMEDIATELY DISCARDED.

IF YOU HAVE ANY QUESTIONS AND/OR CONCERNS PLEASE CALL
510-882-7941 or 1-800-686-9036

*Exhibit A*

*Page 12 of 12*

REVISED FINAL 8/2017