ANITA MIRALLE
JODII LE'GRAND EVERETT I
TINA SCOTT
AIYAHNNA JOHNSON
LUCAS D. BROWN
IRVIN JOSUE HERNANDEZ ORTEGA
4799 Shattuck Avenue
Oakland, CA   94609
Telephone:   (510) 355-7010
E-mail: maowunyo@gmail.com

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT I, TINA SCOTT, AIYAHNNA JOHNSON, LUCAS D. BROWN, IRVIN JOSUE HERNANDEZ ORTEGA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF OAKLAND, a subdivision of the State of California, LIBBY SCHAAF, JOE DEVRIES, and DOES 1 - 10,<br><br>　　　　Defendants. | ) NO.  C18-0823 HSG<br>)<br>) **DECLARATION OF JODII**<br>) **LE'GRAND EVERETT, I IN**<br>) **SUPPORT OF PLAINTIFFS'**<br>) **MOTION FOR TEMPORARY**<br>) **RESTRAINING ORDER (TRO)**<br>) **AND <u>PRELIMINARY</u>**<br>) **<u>INJUNCTION</u>**<br>)<br>) DATE: NOVEMBER 13, 2018<br>) TIME:　　　　2:00 P.M.<br>) DEPT: 2, 4TH FLOOR<br>) |

I, JODII LE'GRAND EVERETT I, hereby declare:

1. I make this Declaration on personal knowledge in support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction to protect me from harassment and unconstitutional conduct by Defendants City of Oakland, Libby Schaaf and Joseph DeVries.

2. I am currently homeless and living in Oakland, California.

-1-
DECLARATION OF JODII LE'GRAND EVERETT I (C18-06823-HSG)

3.  Since October 29, 2018, I have been living in the Housing and Dignity Village, located at 606 Clara Street and 9418 Edes Avenue, Oakland, California 94603. This encampment is located on a piece of land belonging to the City of Oakland. It is an intentional clean and sober community for homeless women, homeless families and homeless male support.

4.  On November 7, 2018, the City of Oakland Police posted a Notice to Vacate Illegal Encampment on the fence surrounding the property. The Notice stated that all persons are directed to vacate this site and remove any personal belongings. It states that the Public Works Department would clear and close this site on Saturday, November 10, 2018, starting at 8:00 a.m.

5.  On the bottom of the Notice it states if you have any questions or concerns please call 510-882-7941 or 1-800-686-9036.

6.  On November 10, 2018, at 2:54 p.m., I called 510-882-7941. I did not reach a live person. The message said that I had reached Operation Dignity and the voice mailbox was full. I was not able to leave a message.

7.  Immediately, I next called 1-800-686-9036. The message stated that the number is not in service.

8.  I do not have another place to live outside of the Housing & Dignity Village.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. If called as a witness, I could and would testify competently to the matters stated in this Declaration. Executed in Oakland, California on November 10, 2018.

JODII LE'GRAND EVERETT I, Declarant

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 128 N. Fair Oaks Avenue, Pasadena, California 91103.

On November 12, 2018, I served the foregoing document described as: **DECLARATION OF JODII LE'GRAND EVERETT, I IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (TRO) AND PRELIMINARY INJUNCTION** on the interested parties in this cause as follows:

| | |
|---|---|
| LaTonda Simmons<br>City Clerk<br>1 Frank H Ogawa Plaza<br>1st and 2nd Floors<br>Oakland, CA 94612<br>Email: cityclerk@oaklandca.gov | **Defendant** |
| Libby Schaaf<br>Email: LSchaaf@oaklandnet.com | **Defendant** |
| Joe DeVries<br>Email: jdevries@oaknet.com | **Defendant** |

XX  **BY EMAIL**

 XX  I served the above-mentioned document electronically on the parties listed at the e-mail addresses on the next page and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

Executed on November 12, 2018, at Pasadena, California.

XX     (Federal)     I declare that I am employed in the office of a member of the bar of this Court at whose direction the serve was made.

_____
Mitzi Mendoza
Declarant