AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| Anita Miralle et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 4:18-cv-06823-HSG |
| City of Oakland et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   11/16/2018

*Attorney's signature*

Anne Butterfield Weills, 139845
*Printed name and bar number*

Siegel, Yee & Brunner
475 14th St, Ste 500
Oakland, CA 94612
*Address*

aweills@aol.com
*E-mail address*

(510) 839-1200
*Telephone number*

(510) 444-6698
*FAX number*