BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel – SBN 237982
JAMILAH A. JEFFERSON, Senior Deputy City Attorney – SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-7686; Fax: (510) 238-6500
Email: jjefferson@oaklandcityattorney.org
*X04613/2659034*

Attorneys for Defendant,
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I; TINA SCOTT, AIYAHNNA JOHNSON, LUCAS D. BROWN, IRVIN JOSUE HERNANDEZ ORTEGA<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, LIBBY SCHAAF, JOE DEVRIES<br><br>Defendants. | Case No. C18-06823-HSG<br><br>**[AMENDED] JOINT REQUEST AND STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DATES AND ~~[PROPOSED]~~ ORDER APPROVING STIPULATION**<br><br>Hearing Date: February 12, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br><br>The Honorable Judge Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | The parties met and conferred on January 22, 2019 pursuant the Court's November 9, |
| 2 | 2018 Order Setting Initial Case Management Conference and ADR Deadlines. During the meet |
| 3 | and confer, the parties determined that it would be prudent to reschedule the remaining dates in |
| 4 | the scheduling order to allow the parties to consult with their respective clients regarding an |
| 5 | amended pleading, responsive pleading or dispositive motion, and most effective method of ADR |
| 6 | (if any). |
| 7 | During the time between the currently set case management conference and the proposed |
| 8 | rescheduled case management conference, the parties intend to further meet and confer, file (or |
| 9 | request leave to file) the referenced documents, and /or request assistance with scheduling the |
| 10 | agreed on forum for ADR. The parties agree that the time period until the proposed rescheduled |
| 11 | case management conference will be diligently used to avoid wasting judicial resources including |
| 12 | unnecessary delay, motion practice, or Court hearings. |
| 13 | |
| 14 | Specifically, the parties seek to reschedule the following: |
| 15 | • (Continued) meet and confer re initial disclosures, early settlement, ADR process |
| 16 | selection, and discovery plan to **April 2, 2019**; |
| 17 | • Last day to file Rule 26(f) Report, complete initial disclosures/objections and file Joint |
| 18 | Case Management Conference to **April 16, 2019**; |
| 19 | • Initial Case Management Conference to **April 23, 2019**; |
| 20 | The parties have agreed to the proposed new dates and will continue to meet and confer. |
| 21 | By and through this stipulation, the parties propose these new dates and request approval from the |
| 22 | Court. |
| 23 | |
| 24 | Date: January 28, 2019 |
| 25 | BARBARA J. PARKER, City Attorney<br>MARIA BEE, Chief Assistant City Attorney |
| 26 | DAVID A. PEREDA, Special Counsel<br>JAMILAH A. JEFFERSON, Senior Deputy City Attorney |
| 27 | By: __/s/ Jamilah A. Jefferson____ |
| 28 | Attorneys for Defendants,<br>CITY OF OAKLAND, et al. |

| | |
|---|---|
| 1 | Date: January 28, 2019 |
| 2 | HADSELL STORMER & RENICK LLP<br>JOSHUA PIOVIA-SCOTT, ESQ. |
| 3 | By: /s/ Joshua Piovia-Scott |
| 4 | Attorney for Plaintiffs |
| 5 | |
| 6 | Date: January 28, 2019 |
| 7 | SIEGEL, YEE, BRUNNER & MEHTA<br>DAN SIEGEL, ESQ.<br>EMILYROSE JOHNS, ESQ. |
| 8 | By: /s/ EmilyRose Johns |
| 9 | Attorneys for Plaintiffs |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is |
| 3 | recited above, and good cause in support thereof, the case management deadlines for this matter |
| 4 | be reset to the following: |

- Deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is **April 2, 2019**;
- Last day to file Rule 26(f) Report, complete initial disclosures/objections and file Joint Case Management Conference is **April 16, 2019**; and
- Initial Case Management Conference is set for **April 23, 2019 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: January 28, 2019

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE