Joshua Piovia-Scott, Esq. [S.B. #222364]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: jps@hadsellstormer.com

Dan Siegel, Esq. [S.B. #56400]
EmilyRose Johns, Esq. [S.B. #294319]
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
emilyrose@siegelyee.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON, LUCAS D. BROWN; and IRVIN JOSUE HERNANDEZ ORTEGA<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a subdivision of the State of California; LIBBY SCHAAF; JOE DEVRIES; and DOES 1-10,<br><br>Defendants. | Case No.: 18-cv-06823-HSG<br><br>Assigned to the Honorable Haywood S. Gilliam, Jr. - Courtroom 2]<br><br>**ORDER RE JOINT REQUEST AND STIPULATION RE AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: April 23, 2019<br>Time: 2:00 pm<br>Courtroom: 2, 4th floor |

# ORDER

Pursuant to the stipulation of the parties, and the good cause in support thereof, IT IS HEREBY ORDERED THAT:

1. Plaintiffs will file the First Amended Complaint on or before April 19, 2019;
2. The parties will conduct a further meet and confer on or before May 1, 2019, at which time Defendants will indicate whether they intend to file a motion based on the First Amended Complaint;
3. If Defendants do intend to file a motion, they will do so on or before May 24, 2019;
4. The parties will file the Rule 26(f) Report, complete initial disclosures/objections and file Joint Management Conference on or before May 21, 2019;
5. The Initial Case Management Conference is set for May 28, 2019 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 16, 2019

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE