BARBARA J. PARKER, City Attorney, SBN 069722
MARIA BEE, Chief Assistant City Attorney, SBN 167716
DAVID A. PEREDA, Special Counsel, SBN 237982
JAMILAH A. JEFFERSON, Supervising Deputy City Attorney, SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-7686;  Fax:  (510) 238-6500
Email: jjefferson@oaklandcityattorney.org
X04613/2761702

Attorneys for Defendant,
CITY OF OAKLAND, et al.

[Additional counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I;  TINA SCOTT, AIYAHNNA JOHNSON, IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a subdivision of the State of California; LIBBY SCHAAF; JOE DEVRIES; ANNE KIRKPATRICK; and SABRINA LANDRETH,<br><br>Defendants. | Case No. C18-06823-HSG<br><br>**JOINT FRCP RULE 26(F) REPORT**<br><br>Hearing Date:<br>Time:<br>Courtroom:         2, 4th Floor<br><br>The Honorable Judge Haywood S. Gilliam, Jr. |

[Counsel continued from first page]

Joshua Piovia-Scott, Esq. [S.B. #222364]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: jps@hadsellstormer.com

Dan Siegel, Esq. [S.B. #56400]
EmilyRose Johns, Esq. [S.B. #294319]
SIEGEL YEE BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
         emilyrose@siegelyee.com

Attorneys for Plaintiffs

Pursuant to the Court's Initial Case Management Scheduling Order on November 9, 2018, and the Court's subsequent April 16, 2019 Order approving the parties' stipulation, Plaintiffs Anita Miralle, Jodii Le'grand Everett, I, Tina Scott, Aiyahnna Johnson, Irvin Josue Hernandez Ortega, and Ayat Jalal, and Defendants City Of Oakland, Libby Schaaf, Joe Devries, Anne Kirkpatrick, and Sabrina Landreth submit the following Federal Rule of Civil Procedure, Rule 26(f) Report:

1. **Rule 26(a) disclosures:**

The parties agreed to exchange Rule 26(a) disclosures on May 21, 2019 in advance of the CMC scheduled on May 28, 2019. The parties do not anticipate that any changes will be made to the timing, form, or requirement for Rule 26(f) disclosures.

2. **Discovery:**

Discovery will likely be needed on the following subjects:
- City's homeless encampment policy and procedures;
- City's encampment intervention practices;
- City's encampment intervention practices with respect to individuals at encampments;
- City's encampment intervention practices with respect to personal property at encampments;
- City's bag, tag, and storage practices;
- City's personal property retrieval practices;
- Arrests and citations for conduct on City streets/property;
- Shelter options;
- Plaintiffs' protected speech;
- Plaintiffs' conditions/circumstances as homeless individuals;
- Defendants' actions with regard to Plaintiffs and the Housing and Dignity Village, including on December 5 and 6, 2018; and
- Defendants' actions with regard to Plaintiffs' personal property that was at Housing and Dignity Village.

Facts discovery will be completed by January 31, 2020. Expert discovery will be completed by April 10, 2020. At this point, the parties do not anticipate that discovery will be conducted in phases or limited.

**3. Discovery disclosure and preservation:**

There are no current issues about disclosure, discovery, or preservation of electronically stored information.

**4. Privilege:**

There are no current issues about claims of privilege or protection of trial-prep materials.

**5. Discovery Limitations:**

There has not been any discovery in this case to date. The parties have agreed to ten (10) depositions per side and a limit of fifty (50) interrogatories per side. The parties are not aware of any other limitations or modifications of the discovery rules that are needed at this time.

**6. Other orders:**

The parties are unaware of any other orders that are necessary at this time.

Date: May 21, 2019

Respectfully submitted,
OAKLAND CITY ATTORNEY'S OFFICE

By: /s/ Jamilah A. Jefferson[1]
Attorneys for Defendants

Date: May 21, 2019

HADSELL STORMER & RENICK LLP
SIEGEL YEE BRUNNER & MEHTA

By: /s/ Joshua Piovia-Scott
Attorneys for Plaintiffs

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.