| | |
|---|---|
| DAN SIEGEL, SBN 56400<br>EMILYROSE JOHNS, SBN 294319<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>Email: danmsiegel@gmail.com;<br>emilyrose@siegelyee.com<br><br>THERESA ZHEN, SBN 300710<br>HADSELL STORMER RENICK & DAI LLP<br>128 N Fair Oaks Ave, Suite 204<br>Pasadena, CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Email: tzhen@hadsellstormer.com<br><br>Attorneys for Plaintiffs<br>ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON; IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL | BARBARA J. PARKER<br>City Attorney, SBN 069722<br>MARIA BEE<br>Chief Assistant City Attorney, SBN 167716<br>DAVID A. PEREDA<br>Special Counsel, SBN 237982<br>JAMILAH A. JEFFERSON<br>Senior Deputy City Attorney, SBN 219027<br>ZOE SAVITSKY<br>Deputy City Attorney, SBN 281616<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (510) 238-7686<br>Fax: (510) 238-6500<br>Email:jjefferson@oaklandcityattorney.org<br>zsavitsky@oaklandcityattorney.org<br><br>Attorneys for Defendant,<br>CITY OF OAKLAND, et al. |

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON; IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a subdivision of the State of California; LIBBY SCHAAF; JOE DEVRIES; ANNE KIRKPATRICK; and SABRINA LANDRETH,<br><br>    Defendants. | Case No. 4:18-cv-06823-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>**Case Filed:** November 9, 2018<br><br>**Hon. Haywood S. Gilliam, Jr.** |

---

*Miralle v. City of Oakland,* Case no. 4:18-cv-06823-HSG
Stipulation and Order Continuing Expert Discovery Deadlines- 1

Pursuant to the Court Order of October 11, 2019, (ECF No. 77), the Court set the parties' expert discovery deadlines as follows:

| | |
|---|---|
| Exchange Opening Expert Reports: | February 14, 2020 |
| Exchange Rebuttal Expert Reports: | February 28, 2020 |
| Close of Expert Discovery: | April 10, 2020 |

The parties seek to continue the expert discovery deadlines considering the following good cause.

On January 15, 2020, the parties attended their first settlement conference in this matter before the honorable Joseph C. Spero. The parties are scheduled for a subsequent settlement conference on February 19, 2020, where they expect to have a more substantive discussion as to possible resolution of the matter. The current schedule requires the parties to exchange expert reports on February 14, 2020, prior to the next settlement conference. In seeking a continuance of the expert discovery deadline, the parties intend to reduce their respective expenses in the event that settlement discussions are fruitful.

The parties have sought a continuance to the case management deadlines in this matter once before. (ECF No. 69.) In that stipulation, the parties built in ample time between the conclusion of expert discovery and the deadline to file dispositive motions, to facilitate defendants' counsel's anticipated leave. As such, the newly proposed expert discovery deadlines do not disturb any remaining deadlines in the case. The parties do not anticipate that the proposed extension will impact the Court's calendar. In addition, separate and apart from preparing for and participating in court-mandated settlement activities, the parties have also continued to engage actively in fact discovery, including exchanging interrogatories, admissions, and document production, and taking and defending depositions, within the court's timelines to the extent possible given both parties' schedules.

The parties stipulate to and respectfully request that the Court continue the following expert discovery deadlines:

*Miralle v. City of Oakland,* Case no. 4:18-cv-06823-HSG
Stipulation and Order Continuing Expert Discovery Deadlines- 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange Opening Expert Reports | February 14, 2020 | March 13, 2020 |
| Exchange Rebuttal Expert Reports | February 28, 2020 | March 27, 2020 |
| Close of Expert Discovery | April 10, 2020 | May 1, 2020 |

Dated: January 30, 2020

SIEGEL, YEE, BRUNNER & MEHTA

By /s/ EmilyRose Johns

EmilyRose Johns

Attorneys for Plaintiff
ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON,
IRVIN JOSUE HERNANDEZ ORTEGA, and AYAT JALAL

Date: January 30, 2020

BARBARA J. PARKER, City Attorney
MARIA BEE, Chief Assistant City Attorney
DAVID A. PEREDA, Special Counsel
JAMILAH A. JEFFERSON, Sr. Dep. City Atty
ZOE SAVITSKY, Deputy City Attorney

By:      /s/ Zoe Savitsky

Zoe Savitsky

Attorneys for Defendants,
CITY OF OAKLAND, et al.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is recited above, and good cause in support thereof, that the expert discovery deadlines for matter be reset to the following:

- Deadline to exchange opening expert reports is March 13, 2020;
- Deadline to exchange rebuttal expert reports is March 27, 2020;
- Close of expert discovery is May 1, 2020.

IT IS SO ORDERED.

Dated: January 31, 2020

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE