| | |
|---|---|
| DAN SIEGEL, SBN 56400<br>EMILYROSE JOHNS, SBN 294319<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>Email: danmsiegel@gmail.com,<br>emilyrose@siegelyee.com<br><br>DAN STORMER, SBN 101967<br>THERESA ZHEN, SBN 300710<br>HADSELL STORMER RENICK & DAI LLP<br>128 N Fair Oaks Ave, Suite 204<br>Pasadena, CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Email: tzhen@hadsellstormer.com<br><br>Attorneys for Plaintiffs<br>ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON; IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL | BARBARA J. PARKER, City Attorney,<br>  SBN 069722<br>MARIA BEE, Chief Assistant City Attorney,<br>  SBN 167716<br>DAVID A. PEREDA, Special Counsel,<br>  SBN 237982<br>JAMILAH A. JEFFERSON, Supervising<br>  Deputy City Attorney, SBN 219027<br>ZOE M. SAVITSKY, Deputy City Attorney,<br>  SBN 281616<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (510) 238-6623<br>Fax: (510) 238-6500<br>Email: jjefferson@oaklandcityattorney.org<br>      zsavitsky@oaklandcityattorney.org<br>*X04613/2916422v.2*<br><br>Attorneys for Defendants<br>CITY OF OAKLAND, et al. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I; TINA SCOTT, AIYAHNNA JOHNSON, LUCAS D. BROWN, IRVIN JOSUE HERNANDEZ ORTEGA,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF OAKLAND, a subdivision of the State of California; LIBBY SCHAAF; JOE DEVRIES; DARREN ALLISON; and STEVEN FALK,<br><br>          Defendants. | Case No. 4:18-cv-06823-HSG<br><br>**JOINT NOTICE, STIPULATION, AND ORDER TO CONTINUE DEADLINES**<br><br>Case Filed:     November 9, 2018<br><br>Assigned to the Honorable Haywood Gilliam |

## I. NOTICE OF CURRENT STATUS OF CASE

Plaintiffs Anita Miralle, Jodii Le'Grand Everett, I, Tina Scott, Aiyahnna Johnson, Lucas D. Brown, and Irvin Josue Hernandez Ortega (collectively, "Plaintiffs") and Defendants the City of Oakland, Mayor Libby Schaaf, Assistant to the City Administrator Joe DeVries, Acting Chief of Police Allison[1], and Interim City Administrator Steven Falk[2] (collectively, "City Defendants") (and, collectively, "Parties") seek to provide this Court with several important updates and with a request to move out case deadlines for both case management and public health reasons.

First, the Parties want to inform the Court that they have been working together in good faith at the direction and under the supervision of Magistrate Judge Spero to determine if settlement is possible in this matter. Thus, prior to the necessary changes caused by the global COVID-19 pandemic, the Parties intended to request some extension of the deadlines in this matter to allow for those settlement efforts to continue.

Second, the Parties want to inform the Court that, due to that global pandemic, they have stipulated to the extensions detailed below. The City's non-essential functions are presently limited, and all Parties are affected and limited by the shelter in place orders across California. The Parties understand that this Court sought to keep this case on the previously-agreed schedule; the Parties request that, under the circumstances described here, the Court consider approving these extended deadlines.

## II. JOINT STIPULATION

Pursuant to the Court Order of January 31, 2020, (ECF No. 88), the Court agreed to set the Parties' expert discovery deadlines as follows:

| | |
|---|---|
| Exchange Opening Expert Reports: | March 13, 2020 |
| Exchange Rebuttal Expert Reports: | March 27, 2020 |
| Close of Expert Discovery: | May 1, 2020 |

---

[1] On February 21, 2020, Oakland Police Department Chief Anne Kirkpatrick was replaced by Acting Chief of Police Darren Allison. Per Fed. R. Civ. Proc. 25(d), Acting Chief Allison is automatically substituted in his official capacity for former Chief Kirkpatrick.

[2] On March 12, 2020, Oakland City Administrator departed and was replaced by Interim City Administrator Steven Falk. Per Fed. R. Civ. Proc. 25(d), Interim City Administrator Falk is automatically substituted in his official capacity for former City Administrator Sabrina Landreth.

The Parties have sought a continuance to the case management deadlines in this matter twice before (ECF No. 69; ECF No. 87). The Parties again seek to continue the expert discovery deadlines considering the good cause (ongoing settlement conferences, the global pandemic) described above. The Parties also seek to continue the other deadlines in this matter to the next business day after 90 days:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange Opening Expert Reports | March 13, 2020 | June 11, 2020 |
| Exchange Rebuttal Expert Reports | March 27, 2020 | June 25, 2020 |
| Close of Expert Discovery | May 1, 2020 | July 30, 2020 |
| Dispositive Motion Filing Deadline | June 8, 2020 | September 7, 2020 |
| Opposition Filing Deadline | July 6, 2020 | October 5, 2020 |
| Reply Filing Deadline | July 20, 2020 | October 19, 2020 |
| Dispositive Motion Hearing | August 6, 2020 at 2 pm | November 5, 2020 at 2 pm |
| Pretrial Conference | October 13, 2020 at 3 pm | January 12, 2021 at 3 pm |
| 8-Day Jury Trial | November 9, 2020 at 8:30 am | February 8, 2021 at 8:30 am |

With reference to the signatures below, the City Attorney's Office, the filer of this document, attests that it has on file agreements corresponding to the signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: March 18, 2020         BARBARA J. PARKER, City Attorney

By: /s/ Zoe M. Savitsky
JAMILAH A. JEFFERSON, Superv. Deputy City Attorney
ZOE M. SAVITSKY, Deputy City Attorney

Attorneys for Defendant(s)
CITY OF OAKLAND et al.

Dated: March 18, 2020         SIEGEL, YEE, BRUNNER & MEHTA

By /s/ EmilyRose Johns
EMILYROSE JOHNS

Attorneys for Plaintiffs

Dated: March 18, 2020         HADSELL STORMER RENICK & DAI LLP

By: /s/ Theresa Zhen
THERESA ZHEN
Attorneys for Plaintiffs

# ORDER

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is recited above, and good cause in support thereof, that the deadlines for matter be reset to the following:

| Event | Deadline |
|---|---|
| Exchange Opening Expert Reports | June 11, 2020 |
| Exchange Rebuttal Expert Reports | June 25, 2020 |
| Close of Expert Discovery | July 30, 2020 |
| Dispositive Motion Filing Deadline | September 7, 2020 |
| Opposition Filing Deadline | October 5, 2020 |
| Reply Filing Deadline | October 19, 2020 |
| Dispositive Motion Hearing | November 5, 2020 at 2 pm |
| Pretrial Conference | January 12, 2021 at 3 pm |
| 8-Day Jury Trial | February 8, 2021 at 8:30 am |

IT IS SO ORDERED.

Dated: March 23, 2020

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE