| | |
|---|---|
| DAN SIEGEL, SBN 56400<br>EMILYROSE JOHNS, SBN 294319<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>Email: danmsiegel@gmail.com;<br>emilyrose@siegelyee.com<br><br>THERESA ZHEN, SBN 300710<br>HADSELL STORMER RENICK & DAI LLP<br>128 N Fair Oaks Ave, Suite 204<br>Pasadena, CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Email: tzhen@hadsellstormer.com<br><br>Attorneys for Plaintiffs<br>ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON; IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL | BARBARA J. PARKER<br>City Attorney, SBN 069722<br>MARIA BEE<br>Chief Assistant City Attorney, SBN 167716<br>DAVID A. PEREDA<br>Special Counsel, SBN 237982<br>JAMILAH A. JEFFERSON<br>Supervising Deputy City Attorney, SBN 219027<br>ZOE M. SAVITSKY<br>Supervising Deputy City Attorney, SBN 281616<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (510) 238-7686<br>Fax: (510) 238-6500<br>Email:jjefferson@oaklandcityattorney.org<br>zsavitsky@oaklandcityattorney.org<br><br>Attorneys for Defendant,<br>CITY OF OAKLAND, et al. |

# UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON; IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF OAKLAND, a subdivision of the State of California; LIBBY SCHAAF; JOE DEVRIES; SUSAN MANHEIMER; and EDWARD REISKIN,<br><br>    Defendants. | Case No. 4:18-cv-06823-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT DEADLINES**<br><br>**Case Filed:** November 9, 2018<br><br>**Hon. Haywood S. Gilliam, Jr.** |

---

*Miralle v. City of Oakland,* Case no. 4:18-cv-06823-HSG
Stipulation and Order Continuing Case Management Deadlines - 1

On May 8, 2020, the Court granted the parties' stipulation to continue the remaining case management deadlines. (ECF No. 98.) Since the Court's order, the parties have been working diligently towards settlement, including participating two settlement conferences with Judge Spero and meeting and conferring with counsel between those conferences in order to further settlement discussions. The parties are currently scheduled to meet and confer three times to advance settlement discussions between the filing of this stipulation and the upcoming October 15, 2020 settlement conference scheduled by Judge Spero. The parties are optimistic, although not certain, that settlement will be achievable. Meanwhile, the current case management schedule will have the parties exchanging expert reports on September 9, 2020. With the parties working towards settlement, they seek to avoid the potentially unnecessary expense of experts, and they wish to maintain focus on settlement at this time.

In an effort to give the settlement process its full value, the parties seek to suspend the current case management deadlines and reset them if there is a breakdown of settlement. Therefore, the parties stipulate and respectfully request that the Court suspend the current case management deadlines and set a date of October 19, 2020, for the parties to provide the Court a joint status report. In the joint status report, the parties will inform the Court whether the case has settled or whether settlement discussions remain fruitful and whether the parties continue to make progress. If settlement discussions break down, the parties propose that the case management deadlines be reinstated, set 60 days out from the date settlement breaks down. This proposal balances allowing the parties to focus on settlement talks while also ensuring that, if such talks break down, the parties resume an expeditious non-settlement litigation schedule.

/
/
/
/

Dated: September 6, 2020

SIEGEL, YEE, BRUNNER & MEHTA

By  /s/ EmilyRose Johns

  EmilyRose Johns

Attorneys for Plaintiff
ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON, IRVIN JOSUE HERNANDEZ ORTEGA, and AYAT JALAL

Date:  September 6, 2020

BARBARA J. PARKER, City Attorney
MARIA BEE, Chief Assistant City Attorney
DAVID A. PEREDA, Special Counsel
JAMILAH A. JEFFERSON, Sr. Dep. City Atty
ZOE M. SAVITSKY, Sr. Dep. City Atty

By:       /s/ Zoe Savitsky

  Zoe Savitsky

Attorneys for Defendants,
CITY OF OAKLAND, et al.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, which is recited above, and good cause in support thereof, that the case management deadlines are suspended and the parties will supply the Court with a joint status report on October 19, 2020. Should settlement talks break down, the Court will reinstate the case management schedule, set 60 days out from the date of the breakdown of settlement.

IT IS SO ORDERED.

Dated: September 8, 2020

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE