Dan Siegel, Esq. [S.B. #56400]
EmilyRose Johns, Esq. [S.B. #294319]
SIEGEL YEE BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile:  (510) 444-6698
Email: danmsiegel@gmail.com
       emilyrose@siegelyee.com

Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 North Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        hchandoo@hadsellstormer.com

Attorneys for Plaintiffs

Barbara J. Parker, City Attorney, SBN 069722
Maria Bee, Chief Assistant City Attorney, SBN 167716
Jamilah A. Jefferson, Supervising Deputy City Attorney, SBN 219027
Zoe M. Savitsky, Supervising Deputy City Attorney, SBN 281616
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-7686;
Fax:(510) 238-6500
Email: jjefferson@oaklandcityattorney.org
       zsavitsky@oaklandcityattorney.org

Attorneys for Defendants

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, JODII LE'GRAND EVERETT, I, TINA SCOTT, AIYAHNNA JOHNSON; IRVIN JOSUE HERNANDEZ ORTEGA; and AYAT JALAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF OAKLAND, a subdivision of the State of California; LIBBY SCHAAF; JOE DEVRIES; ANNE KIRKPATRICK; and SABRINA LANDRETH,<br><br>　　　　Defendants. | Case No. 4:18-cv-06823-HSG<br><br>[Assigned to the Honorable Haywood S. Gilliam, Jr. - Courtroom 2]<br><br>**JOINT UPDATE RE STATUS OF SETTLEMENT AGREEMENT**<br><br>.<br><br>Case Filed: November 9, 2018 |

The Court requested a joint update on the status of the parties' proposed settlement agreement. The parties provide the following update:

The parties finalized the terms of the proposed settlement agreement on July 18, 2022. The proposed agreement must be approved by the Oakland City Council in an open session. Unfortunately, this item was not scheduled on the agenda for the final City Council meeting before the summer recess. The item is tentatively scheduled for the first City Council meeting after the summer recess in late September 2022. The City anticipates having final authority to execute the parties' settlement agreement no later than October 1, 2022. Although Defendants' counsel very diligently endeavored to have the parties' proposed settlement agreement approved prior to the summer recess, it was not possible with internal scheduling and prioritization of other items beyond counsel's control.

Dated: July 29, 2022                SIEGEL, YEE, BRUNNER & MEHTA

                                    By  */s/ EmilyRose Johns*
                                        EmilyRose Johns
                                    Attorneys for Plaintiff

Dated: July 29, 2022                HADSELL STORMER RENICK & DAI LLP

                                    By  */s/ Hanna Chandoo*
                                        Hanna Chandoo
                                    Attorneys for Plaintiff

Dated: July 29, 2022                OAKLAND CITY ATTORNEY'S OFFICE

                                    By:     */s/Jamilah Jefferson*
                                            Jamilah Jefferson
                                    Attorneys for Defendants