UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MIRALLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 18-cv-06823-HSG <br><br> **ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 136 |

The Court **DIRECTS** Plaintiff Tina Scott **TO SHOW CAUSE** why her claim should not be dismissed for failure to prosecute, given counsel's representations that Ms. Scott has not been a participant in this case past her initial election to be a plaintiff, has not provided counsel with contact information or contacted counsel, has not indicated interest in prosecuting her case, and informed another plaintiff that she did not want to participate further in the case. *See* Dkt. No. 136. All of the other named plaintiffs have settled their claims. Ms. Scott shall file a statement of two pages or less by February 7, 2023.

Ms. Johns is **DIRECTED** to make best efforts to locate Ms. Scott and inform her of this order to show cause. The Court grants Ms. Johns leave to file the anticipated motion to withdraw, and will consider that motion once it is filed.

**IT IS SO ORDERED.**

Dated: 1/24/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge