UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LEWIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 24-cv-04096-SI<br>Also filed in *18-cv-06823-HSG*<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam for consideration of whether the case is related to *Miralle v. City of Oakland*, No. 18-cv-06823-HSG.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
SUSAN ILLSTON
United States District Judge