UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No.  24-cv-08296-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *See Miralle v. City of Oakland*, 18-6823.

Several pro se plaintiffs have filed an application for a temporary restraining order relating to the alleged sweep of a homeless encampment in Oakland that is scheduled to take place today. The plaintiffs filed the application at approximately 3pm yesterday, but the clerk's office did not provide the papers to the undersigned judge until late this morning. The plaintiffs allege that the sweep violates a settlement agreement in a case before Judge Gilliam. *See Miralle v. City of Oakland*, 18-6823. That settlement agreement designates Judge Spero as the "enforcement judge." Judge Gilliam and Judge Spero retain jurisdiction over that case. Because the plaintiffs should have sought relief in the case where the settlement agreement was entered, the case is referred to Judge Gilliam to determine whether the cases are related.

**IT IS SO ORDERED.**

Dated: November 22, 2024

_____

VINCE CHHABRIA

United States District Judge